UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES L. ORRINGTON, II, DDS, P.C. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SOLUTIONS ON HOLD, LLC, et al., )<br>)<br>Defendants. ) | Case No. 1:14-cv-10403 |

## NOTICE OF SETTLEMENT

Plaintiff James L. Orrington, II, DDS. P.C. and Defendant Solutions on Hold, LLC et. al. (collectively, the "Parties") have reached an individual settlement agreement and expect to file a stipulation of dismissal within the next 45 days.

Consequently, the Parties jointly request that the Court enter an Order striking the following dates:

(1) the April 8, 2015 deadline by which Defendant to answer or otherwise plead to the complaint;
(2) the Status hearing set for April 14, 2015 at 9:00 a.m.; and
(3) the Status report presently due by April 7, 2015 entered on March 9, 2015.

Respectfully submitted,

| | |
|---|---|
| /s/ Dulijaza Clark | /s/ Erin L. Hoffman |
| Dulijaza Clark | Erin L. Hoffman |
| | |
| Daniel A. Edelman | Erin L. Hoffman |
| Dulijaza (Julie) Clark | Faegre Baker Daniels LLP |
| EDELMAN, COMBS, LATTURNER | 2200 Wells Fargo Center |
|     & GOODWIN, LLC | 90 South Seventh Street |
| 20 S. Clark Street, Suite 1500 | Minneapolis, MN 55402-3901 |
| Chicago, Illinois 60603 | |
| (312) 739-4200 | *Counsel for Solutions on Hold, LLC* |
| (312) 419-0379 (FAX) | |

*Counsel for James L. Orrington II, DDS, PC*

**CERTIFICATE OF SERVICE**

      I, Dulijaza Clark, certify that on March 30, 2015, I caused a true and accurate copy of the foregoing document to be filed, via the Court's CM/ECF system, and to be served, on the following parties:

      Erin L. Hoffman
      Eileen M. Hunter
      Faegre Baker Daniels LLP
      2200 Wells Fargo Center
      90 South Seventh Street
      Suite 2200
      Minneapolis, MN 55402
      (612) 766-7000
      erin.hoffman@faegrebd.com
      eileen.hunter@faegrebd.com

      Colby Anne Kingsbury
      Kate E Middleton
      Faegre Baker Daniels LLP
      311 S. Wacker Dr.
      Suite 4300
      Chicago, IL 60606
      (312) 212-6500
      colby.Kingsbury@FaegreBD.com
      kate.middleton@faegrebd.com

      /s/ Dulijaza Clark
      Daniel A. Edelman
      Cathleen M. Combs
      Dulijaza Clark
      EDELMAN, COMBS, LATTURNER
            & GOODWIN, LLC
      20 S. Clark Street, Suite 1500
      Chicago, Illinois 60603
      (312) 739-4200
      (312) 419-0379 (FAX)