## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

James L. Orrington, II, DDS, P.C.

                                            Plaintiff,

v.                                                  Case No.: 1:14–cv–10403

                                                                   Honorable Gary Feinerman

Solutions on Hold, LLC, et al.

                                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 15, 2015:

       MINUTE entry before the Honorable Gary Feinerman:The parties have filed a stipulation to dismiss [33], the terms of which are set forth therein. Motion to certify class [4] is denied as moot. The status hearing set for 5/28/2015 [32] is stricken. Civil case closed.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.